James W. Johnston, State Bar No. 125287
ATTORNEY AT LAW
3877 Twelfth Street
Riverside, California 92501
(213) 291-0648 –Telephone

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY NIGHTINGALE<br><br>Plaintiff,<br><br>vs.<br><br>VICTOR TREATMENT CENTERS, INC., and Does 1 through 10, inclusive<br><br>Defendants | Case No: 2:09-cv-00805-FCD-GGH<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

**ORDER**

Based on the Stipulation of Dismissal submitted by the parties in this action, the Court hereby dismisses this Action with prejudice.

DATED:  August 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE